Order issued November 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-01004-CR

**JAY SANDON COOPER, Appellant**

## V.

**THE STATE OF TEXAS, Appellee**

## ORDER

Before Justices FitzGerald, Murphy, and Fillmore

The Motion for Rehearing filed by appellant is **OVERRULED**.

_____
MARY MURPHY
JUSTICE